# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 15, 2020

159896

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

*In re* ESTATE OF LOUIS G. BASSO, JR.,
a/k/a LOUIS GABRIEL BASSO.

_____

MARY ANGELA BASSO,
       Appellant,

v

THOMAS BRENNAN FRASER, Personal
Representative of the ESTATE OF LOUIS G.
BASSO, JR.,
       Appellee.

_____/

SC: 159896
COA: 342370
Oakland PC: 2015-361584-DE

On order of the Court, the application for leave to appeal the May 30, 2019 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 15, 2020



Clerk

b0408